IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA KELLEY FORBES, | : | |
| Plaintiff, | : | |
| vs. | : | CA 11-0065-WS-C |
| G-1 MECHANICAL, INC. and NOEL SMITH, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 7, 2011 is **ADOPTED** as the opinion of this Court.

**DONE** this 3rd day of October, 2011.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**