# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LISA KELLEY FORBES, | : |
| Plaintiff, | : |
| vs. | : CA 11-0065-WS-C |
| G-1 MECHANICAL, INC. and NOEL SMITH, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 3rd day of October, 2011.

                                       **s/WILLIAM H. STEELE**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**